SUBURBAN DEVELOPMENT CORPORATION *v.* TOWN
COUNCIL OF THE TOWN OF WEST HARTFORD

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Michael E. Grossmann,* for the appellee (plaintiff).

*Samuel S. Goldstein,* corporation counsel, for the appellant (defendant).

Argued January 2—decided January 2, 1968

CAROL C. LOWE *v.* MORTON E. LOWE

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Joel C. Karp,* for the appellee (defendant).

*Sigmund L. Miller,* for the appellant (plaintiff).

Argued January 2—decided January 2, 1968

MARIE C. McBURNEY *v.* WILLIAM J. McBURNEY

The motion by the plaintiff to strike certain assignments of error in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*James J. Quinn,* in support of the motion.

Submitted December 1, 1967—decided January 4, 1968

641